IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL BURGESS, ) | No. C 08-5208 JSW (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| vs. ) | |
| SHERIFF LAURIE SMITH, ) | |
| Respondent. ) | |

On November 17, 2008, Petitioner filed this *pro se* petition for a writ of habeas corpus. On the same day that the petition was filed, the Court sent a notification to Petitioner informing him that he had not submitted the filing fee or an application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to respond to the Court's request within thirty days. Petitioner has neither completed and returned the application nor paid the $5.00 fee. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or submit an forma pauperis application.

IT IS SO ORDERED.

DATED: April 8, 2009

_Jeffrey S. White_
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL TURNER BURGESS et al, | Case Number: CV08-05208 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| LAURIE SMITH et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wendell Turner Burgess
V18818
Elmwood Milpitas
701 South Able Street
Milpitas, CA 95035

Dated: April 8, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk